UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 13-CV-62717-MARRA/MATTHEWMAN

ALEXANDER JOHNSON,

       Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC,
a North Carolina limited liability company
d/b/a Lowe's Home Improvement Warehouse,

       Defendant.
_____/

## NOTICE OF APPEARANCE

Anna Lazarus of the law firm of HUNTON & WILLIAMS LLP hereby gives notice of her appearance on behalf of Defendant Lowe's Home Centers, LLC and requests that copies of all future motions, notices, and other pleadings filed in this cause be furnished to the undersigned.

Dated this 5th day of May, 2014.

                                          Respectfully submitted,

By: /s/Anna Lazarus
     Florida Bar No. 041337
     HUNTON & WILLIAMS LLP
     Sabadell Financial Center
     1111 Brickell Avenue, Suite 2500
     Miami, Florida 33131
     Telephone: (305) 810-2500
     Facsimile: (305) 810-2460
     alazarus@hunton.com

     M. Brett Burns*
     California Bar No. 256965
     HUNTON & WILLIAMS LLP
     575 Market Street, Suite 3700
     San Francisco, California 94105
     Telephone: (415) 975-3725
     Facsimile: (415) 975-3701
     mbrettburns@hunton.com
     *motion for admission pro hac vice forthcoming*

     *Counsel for Defendant*
     *LOWE'S HOME CENTERS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2014, the foregoing was sent via email and U.S. Mail to:

Scott R. Dinin, Esq., Scott R. Dinin, P.A., 565 NE 69th Street, Miami, Florida 33138.

                                        By: /s/Anna Lazarus
                                              For Hunton & Williams LLP